UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MSG

Antonio J. Saunders-El,
                    Petitioner,

                    v.

COMMONWEALTH OF PENNSYLVANIA,
                    Respondants.

FILED
APR 2 9 2019
KATE BARKMAN, Clerk
y_____ Dep. Clerk

RECEIVED
APR 2 9 2019

Re: COMMONWEALTH OF PENNSYLVANIA v. ANTONIO
SAUNDERS, crim case No. 538-2019

PLEASE TAKE NOTICE, of Petitioners Removal Petition
Pursuant to 28 U.S.C. §§ 1455, 28 U.S.C. § 1443(1) and/or
28 U.S.C. §§ 1251, Diversity Jurisdiction, civil right
cases and original Jurisdiction; to remove the above criminal
case from the Northampton County Court to the U.S. District
Court, Eastern District of Pennsylvania for the following
reasons.

1. Petitioner resides in the state of New York. Petitioner
is subject to the laws of the jurisdiction in which he resides.
The U.S. Const. Art. III., § 2 provides in part that federal courts
have jurisdiction over all cases, in law and equity, arising under
the U.S. Const. laws; in controversies between two or more
states, a state and citizens from another state. The U.S.
S. Ct. has original jurisdiction. The Petitioner is being
denied equal protection of the law and racially
discriminated against being deprived racial equality, civil
rights and the right to effective assistance of counsel for
his defense.

2. The Parties in this criminal case are complete diversity
citizenship. The alleged victim Allen Baynes, is a resident
of Alabama. Allen Baynes, has never pressed criminal
charges against petitioner, nor any claims against the
petitioner. Nor did Allen Baynes, give any one authority
to file a criminal complaint, police reports

but BB&T Bank is located in the Commonwealth of Pennsylvania. and according to BB&T Bank the petitioner owes no restitution. This is a complete Diversity Citizenship matter. The commonwealth District Attorney's office has denied the petitioner the benefits and protection of Pa. R. Crim. P. 314. in which is now Pa. R. Crim. P. 586. Thereby, depriving your petitioner to all privileges and immunities of citizens in the several states; as prescribed by the U.S. Const., Art. IV, SS section 2.


3. Whether the Northampton County Court President Judge Koury, Jr.; violated Pa. C.J.C. 1.2 canon law ("A Judge shall at all times in a manner that promotes public confidence in the independence, integrity, and impartiality of the judiciary and shall avoid impropriety and the appearance of impropriety); when said judge denied the petitioners motion to recuse Edward Andres, Esq. and said Judge then made fraudulent misrepresentations upon his court order on March 21, 2019, stating that the chief Public Defender Nuria Diluzio, filed a motion to withdraw the Public Defender from the petitioners case and ordered the petitioner pro ceed pro se. No such motion to withdraw exist. and the petitioner has never signed a waiver of counsel. see Exhibit A.


4. Whether the initial Public Defender Edward Andres, was prejudice and discriminated against the petitioner for the following reasons: (a) said Attorney refused to file a motion to dismiss pursuant to Pa. R. Crim. P. 314; which is now Pa. R. Crim. P. 586 and blatantly lied to petitioner that said rule did not apply to the petitioners case but Attorney Edward Andres, Esq., has another client who is a white man by the name of Jason Martin Swiderski, who has the same exact changes as your petitioner but who has more counts. The only difference is that the petitioner is considered black in the

eye's of Attorney Edward Andres. (B)
From day on of the preliminary hearing
on or about Feb. 11, 2019. Attorney Edward
Andres, tried to convence petitioner to
cop a plea. When petitioner refused the
Attorney Edward Andres, never discussed for
petitioner to waive the preliminary hearing
when they spoke in private but as soon as
Petitioner went before the magistrate Judge,
said Attorney caused petitioner to make a
incompetant waiver of the preliminary hearing
misleading the petitioner that it meant nothing
to waive this proceeding there by depriving the
petitioner right to a competent Attorney who
would of challenged this proceeding being that
the alleged victim wasn't present and never
pressed charges against the petitioner nor
did he give Northampton county Police consent
to press changes against petitioner. (C) and
the Attorney Edward Andres, lied to the
Petitioner when he said that he would
arranged for petitioner to go before a
county court judge for a bond reduction
hearing. (D) that when petitioner realized
all of the above petitioner then filed his
own pro se motions and the court passed
on petitioners motions and Habeas Corpus
petition still said Attorney never took
any actions to represent petitioner as prescribed
by the U.S. Const. 6th Amendment. see exhibit
B. This assigned attorney was represent's
the Interest of Northampton County
and not your petitioner. For this
reason petitioner motion to have said
Attorney Recused. President Judge
Icoury, Jr. · denied petitioners motion
to recuse said Attorney but soon there
after created a ~~motion~~ order as mention

herein. See Exhibit B.

5. When Petitioner was ordered by the President Judge Koury, Jr., to proceed pro se the petitioner filed a motion pursuant to 586 of the Pa. R. Crim. P. Dismissal upon satisfaction and agreement, a motion challenging the count lack of Jurisdiction and a Habeas Corpus petition. The Northampton County court failed to hear nor decide these motions and petitions. Petitioner at all times reminded Judge Koury, Jr., that the petitioner reserved all rights to counsel as prescribed in the U.S. Const. 6th Amendment. On or about April 12, 2019. Judge Koury, Jr., assigned Attorney Mathew Deschler, who came and visited petitioner after a bond reduction hearing, in which the petitioner filed a motion for that Mathew Deschler, did not represent petitioner on. However, during this legal visit petitioner was informed that this newly assigned Mathew Deschler, had no Idea of Pa. R. crim. P. 586 was about and would not follow up on any of the motions including petitioners challenges of lack of Jurisdiction. Therefore, causing a huge conflict of interest. The petitioner is being deprived the benefits and protections of the State of Pennsylvania. See Art. IV, §2, of the U.S. const. which in part states: The citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States. Here, according to the Northampton County District Attorney's office. the petitioner does not owe the alleged victim any restitution whatsoever. I have been charged

4

with all non-violent crimes. see Exhibit c.. According
to Pa. R. Crim. P. 586. Petitioner is eligible for a
dismissal upon satisfaction and agreement. Just as
Jason Martin Swiderski, who also have a past
criminal back ground. However, the Northampton county
District Attorney has discriminated against the
Petitioner deny him the benefits and protections of
the commonwealth of Pennsylvania. Even though the
petitioner do not have a criminal history in the
commonwealth of Pennsylvania.

6. Judge Koury, Jr.; assigned Attorney Mathew
Deschler, after the petitioner was ordered to pro-
ceed pro se and filed motions challenging the
courts jurisdiction, Habeas corpus Petition and
rule 586 motion. Attorney Mathew Deschler, said
that he would not follow up nor represent the
petitioner on his motions and also the record
at the April 25, 2019; record will reflect
that said Attorney Mathew Deschler, lied to your
petition by stating " the U.S. Supreme court
judicial power only extend to civil actions"
Therefore, said Attorney motion to withdraw
but the prejudice Trial Judge Koury, Jr.,
ordered Attorney Mathew Deschler, as stand-
by counsel because petitioner reserved his
right to counsel. Petitioner is uncomfortable
with Attorney Mathew Deschler, because his
expertise is not criminal law and the
petitioner is entitled to effective assistance
of counsel for his defense as prescribed
by the 6th Amendment of the U.S. const.
6th Amendment. Diversity of citizenship
Jurisdiction was conferred in order to prevent
apprehended discrimination in state courts
against those not citizens of state of
Pennsylvania. and/or the state. The Trial Judge
Koury, Jr.; hasn't heard nor decided on petitioners motion's.

5

Attorney Mathew Deschler and your petitioner both agreed that he should withdraw he refuses to represent petitioners best interest.

WHEREFORE, the Petitioner pray's for a removal order from State Court to a Article III court that has Jurisdiction as prescribed by the United States Constitution Article III, §§ sec. 2; and for the reasons expressed herein this Notice of removal.

April 25, 2019

Respectfully,

**FILED**

APR 29 2019

KATE BARKMAN, Clerk
By _____ Dep. Clerk

Antonio J. Saunder - el
Antonio J. Saunders - El
Northampton County Jail
666 Walnut Street
Easton, Pa. 18042

C E R T I F I C A T I O N

I, Antonio J. Saunders-el, certify that every word written in this motion/Notice of Removal is true and correct to my understanding, information and belief.

Dated: April 25, 2019

Respectfully,
Antonio J. Saunder - el
Antonio J. Saunders - El
666 Walnut Street
Easton, Pa. 18042

6

Exhibit A

**IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY**
**COMMONWEALTH OF PENNSYLVANIA,**
**CRIMINAL DIVISION**

**COMMONWEALTH OF PENNSYLVANIA**    |    **OTN: X234974-5**

**v.**

**ANTONIO SAUNDERS,**

**Defendant.**

CR 538-2019

## ORDER OF COURT

AND NOW, this ___21st___ day of ___March___ _____ 2019, upon

the motion of Nuria DiLuzio, Chief Public Defender of Northampton County, find after record

made on March 19, 2019, it is hereby ORDERED that Edward Andres, Esq. is GRANTED leave

to withdraw his appearance as counsel to the defendant. The defendant is pro se.

**BY THE COURT:**

**MICHAEL J. KOURY, JR.**
**PRESIDENT JUDGE**
J.

FILED
2019 MAR 21   PH 2: 08
CLERK OF COURTS PLEAS
CRIMINAL DIVISION
NORTHAMPTON COUNTY, PA

8

To: Pro se Clerk office
Northampton County Court
669 Washington Street
Easton, PA. 18042

From: Antonio J Saunders-El,
Northampton County Jail
666 Walnut street
Easton, PA. 18042

RE: Commonwealth of Pennsylvania v.
ANTONIO SAUNDERS, CR-538-2019.

Dear Prose Clerk,

Again, please send me a
copy of the motion of Nuria DiLuzio,
chief Public Defender of Northampton County,
that the Judge Koury, Jr. mention on his
order of 3/21/2019 filed a motion to
withdraw. I am entitled to this motion
according to PA. R. Crim. P. Also I
filed a second Motion pursuant to
Rule 586 and Rule 600. I am still
waiting for my copy of this motion
being filed with the court. Please
let me know if you received this ~~copy~~
motion. Or should I refile another
motion pursuant to 586 Rule?

4/5/2019

Respectfully,

Antonio J Saunders el
Antonio J. Saunders El

9



# **COUNTY OF NORTHAMPTON**

## **COURT OF COMMON PLEAS**

**CRIMINAL DIVISION**
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-3637
TELEPHONE: (610) 829-6453
FAX: (610) 252-4391

**LEIGH ANN FISHER**
CLERK OF COURTS

**April 8, 2019**

Antonio Saunders #27827
666 Walnut Street
Easton, PA 18042

Case Number: 538-2019

Dear Mr. Saunders:

The Clerk of Courts cannot forward you the requested Motion to Withdraw from the Public Defender because no such motion was filed with this office.

Respectfully,

J. N.
Clerical Technician III

/0

Exhibit B

*11*



# **COUNTY OF NORTHAMPTON**

## **COURT OF COMMON PLEAS**
**CRIMINAL DIVISION**
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-3637
TELEPHONE: (610) 829-6453
FAX: (610) 252-4391

**LEIGH ANN FISHER**
CLERK OF COURTS

**March 12, 2019**

Antonio Saunders #27827
666 Walnut Street
Easton, PA 18042

Case Number: 538-2019

Dear Mr. Saunders:

It does not appear that any motions were filed on your behalf at this time by Attorney Andres. Enclosed with this letter is a copy of your docket sheet that lists all filings on the above case.

Respectfully,

J. N.
Clerical Technician III

/2

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET

**Docket Number: CP-48-CR-0002160-2018**

## CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Jason Martin Swidersdki

Page 3 of 9

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 16 | 16 | F2 | 18 § 4101 §§A2 | Forgery - Unauthorized Act In Writing | 10/17/2017 | T 997305-1 |

## DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

**Waived for Court (Lower Court)**          Defendant Was Present

| Lower Court Disposition | 06/25/2018 | Not Final | |
|---|---|---|---|
| 1 / Access Device Issd to Another Who Did Not Auth Use | Waived for Court (Lower Court) | M1 | 18 § 4106 §§ A1II |
| 2 / Access Device Issd to Another Who Did Not Auth Use | Waived for Court (Lower Court) | M1 | 18 § 4106 §§ A1II |
| 3 / Access Device Issd to Another Who Did Not Auth Use | Waived for Court (Lower Court) | M1 | 18 § 4106 §§ A1II |
| 4 / Access Device Issd to Another Who Did Not Auth Use | Waived for Court (Lower Court) | M1 | 18 § 4106 §§ A1II |
| 5 / Theft By Unlaw Taking-Movable Prop | Waived for Court (Lower Court) | M1 | 18 § 3921§§ A |
| 6 / Theft By Unlaw Taking-Movable Prop | Waived for Court (Lower Court) | M1 | 18 § 3921§§ A |
| 7 / Theft By Unlaw Taking-Movable Prop | Waived for Court (Lower Court) | M1 | 18 § 3921§§ A |
| 8 / Theft By Unlaw Taking-Movable Prop | Waived for Court (Lower Court) | M1 | 18 § 3921§§ A |
| 9 / Receiving Stolen Property | Waived for Court (Lower Court) | M1 | 18 § 3925 §§ A |
| 10 / Receiving Stolen Property | Waived for Court (Lower Court) | M1 | 18 § 3925 §§ A |
| 11/ Receiving Stolen Property | Waived for Court (Lower Court) | M1 | 18 § 3925 §§ A |
| 12 / Receiving Stolen Property | Waived for Court (Lower Court) | M1 | 18 § 3925 §§ A |
| 13 / Forgery - Unauthorized Act In Writing | Waived for Court (Lower Court) | F2 | 18 § 4101§§ A2 |
| 14 / Forgery - Unauthorized Act In Writing | Waived for Court (Lower Court) | F2 | 18 § 4101§§ A2 |
| 15 / Forgery - Unauthorized Act In Writing | Waived for Court (Lower Court) | F2 | 18 § 4101§§ A2 |
| 16 / Forgery - Unauthorized Act In Writing | Waived for Court (Lower Court) | F2 | 18 § 4101§§ A2 |

**Proceed to Court**          Defendant Was Not Present

| Information Filed | 08/23/2018 | Not Final | |
|---|---|---|---|
| 1 / Access Device Issd to Another Who Did Not Auth Use | Proceed to Court | M1 | 18 § 4106 §§ A1II |
| 2 / Access Device Issd to Another Who Did Not Auth Use | Proceed to Court | M1 | 18 § 4106 §§ A1II |
| 3 / Access Device Issd to Another Who Did Not Auth Use | Proceed to Court | M1 | 18 § 4106 §§ A1II |
| 4 / Access Device Issd to Another Who Did Not Auth Use | Proceed to Court | M1 | 18 § 4106 §§ A1II |

CPCMS 9082

Printed: 04/17/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

13

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0002160-2018**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Jason Martin Swidersdki

Page 4 of 9

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event Sequence/Description Sentencing Judge Sentence/Diversion Program Type Sentence Conditions | Disposition Date Offense Disposition Sentence Date Incarceration/Diversionary Period | Final Disposition Grade Section Credit For Time Served Start Date |
|---|---|---|
| 5 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | M1 | 18 § 3921 §§ A |
| 6 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | M1 | 18 § 3921 §§ A |
| 7 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | M1 | 18 § 3921 §§ A |
| 8 / Theft By Unlaw Taking-Movable Prop | Proceed to Court | M1 | 18 § 3921 §§ A |
| 9 / Receiving Stolen Property | Proceed to Court | M1 | 18 § 3925 §§ A |
| 10 / Receiving Stolen Property | Proceed to Court | M1 | 18 § 3925 §§ A |
| 11/ Receiving Stolen Property | Proceed to Court | M1 | 18 § 3925 §§ A |
| 12 / Receiving Stolen Property | Proceed to Court | M1 | 18 § 3925 §§ A |
| 13 / Forgery - Unauthorized Act In Writing | Proceed to Court | F2 | 18 § 4101§§ A2 |
| 14 / Forgery - Unauthorized Act In Writing | Proceed to Court | F2 | 18 § 4101§§ A2 |
| 15 / Forgery - Unauthorized Act In Writing | Proceed to Court | F2 | 18 § 4101§§ A2 |
| 16 / Forgery - Unauthorized Act In Writing | Proceed to Court | F2 | 18 § 4101§§ A2 |

### COMMONWEALTH INFORMATION · ATTORNEY INFORMATION

| | |
|---|---|
| **Name:** David Montclair Ceraul | **Name:** Edward J. Andres |
| District Attorney | Public Defender |
| **Supreme Court No:** 320565 | **Supreme Court No:** 085823 |
| **Phone Number(s):** | **Rep. Status:** Active |
| 610-829-6661 (Phone) | **Phone Number(s):** |
| **Address:** | 610-885-5566 (Phone) |
| 669 Washington St | **Address:** |
| Easton, PA 18042 | Corriere & Andres LLC |
| | Po Box 1217 |
| | Bethlehem, PA 18016-1217 |

Representing: Swidersdki, Jason Martin

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/21/2018 | | Mege, Alan Roger |
| Bail Set - Swidersdki, Jason Martin | | | |
| 1 | 06/25/2018 | | Mege, Alan Roger |
| Bail Type Changed - Swidersdki, Jason Martin | | | |

CPCMS 9082

Printed: 04/17/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

14

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET

**Docket Number: CP-48-CR-0002160-2018**

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Jason Martin Swidersdki

Page 7 of 9

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 12/03/2018 | | Zito, Leonard N. |

Order Granting Motion for Continuance

| 3 | 12/03/2018 | | Northampton County Clerk of Courts |

Formal Arraignment Scheduled 02/07/2019  9:00AM

| 1 | 12/04/2018 | | Northampton County Clerk of Courts |

Criminal Court Scheduled 04/01/2019  9:00AM

Possible 586 disposition pending restitution payments

| 1 | 12/05/2018 | | Swidersdki, Jason Martin |

Waiver of PA.R.Crim.P.600 & Application for Continuance

| 1 | 01/04/2019 | | Commonwealth of Pennsylvania |

Motion to Revoke Bail

| 2 | 01/04/2019 | | McFadden, F.P. Kimberly |

Order Scheduling Hearing

AND NOW, this 4th day of January, 2019 upon consideration of the within Petition, the Defendant and or the Defendant's surety is ordered to appear the 16th day of January, 2019 at 10:00 AM in Courtroom #4, Northampton County Courthouse, Easton, Pennsylvania to explain why the defendant's release should not be revoked or conditions of release should not be modified.
BY THE COURT:
F.P. Kimberly McFadden, J.

| 3 | 01/04/2019 | | Northampton County Clerk of Courts |

Bail Revocation Hearing Scheduled 01/16/2019 10:00AM

| 2 | 01/16/2019 | | Dally, Craig A. |

Bail Revocation Hearing Held - 1/16/19

Court directs defendant FTA for bail revocation hearing - bw issued

Judge: Dally
ADA: Kassis
PD: Hutnik
CR: Quaile
PT: KAJ

| 3 | 01/16/2019 | | Dally, Craig A. |

Order Granting Motion to Revoke/Release and Forfeit Bail - Swidersdki, Jason Martin

CPCMS 9082                                                                 Printed: 04/17/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0002160-2018**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Jason Martin Swidersdki

Page 8 of 9

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/07/2019 | | Zito, Leonard N. |

Formal Arraignment Held - 2/7/19
FTA FA - BW to remain

Judge: Zito
CR: Genova

| 1 | 02/25/2019 | | Northampton County Clerk of Courts |

Criminal Court Scheduled 06/03/2019 9:00AM

| 2 | 02/25/2019 | | Northampton County Clerk of Courts |

Formal Arraignment Scheduled 04/11/2019 9:00AM

| 3 | 02/25/2019 | | McFadden, F.P. Kimberly |

Bail Set - Swidersdki, Jason Martin

| 4 | 02/25/2019 | | McFadden, F.P. Kimberly |

Bench Warrant/Bail Hearing Held - 2/25/19

BW vacted - bail set at $10,000/10%/NCPTS/3rd party surety/no contact w/victim/random urine screens/D&A eval
& comply
Date not given by DA

Judge: McFadden
ADA: Kulik
PD: Hutnik
CR: Evans
PT: KAJ

| 1 | 03/01/2019 | | Swidersdki, Jason Martin |

Pro Se Correspondence

Defendant sent a letter requesting an updated docket sheet. Docket sheet was forwarded to the defendant.

| Swidersdki, Jason Martin | | | |
| 03/04/2019 | Interoffice | | |

| 1 | 04/02/2019 | | Swidersdki, Jason Martin |

Pro Se Correspondence

Defendant sent a letter requesting the 2019 court calendar. A copy was forwarded to the defendant.

| Swidersdki, Jason Martin | | | |
| 04/03/2019 | Interoffice | | |

CPCMS 9082

Printed: 04/17/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

17

Exhibit C

LAW OFFICES

## LITTNER, DESCHLER & LITTNER

512 NORTH NEW STREET

P.O. BOX 1407

BETHLEHEM, PENNSYLVANIA 18016

www.littdeschlaw.com

ROBERT H. LITTNER†
MICHAEL C. DESCHLER
ROBERT V. LITTNER\*\*†
MATTHEW J. DESCHLER

\*ALSO MEMBER FLORIDA BAR
\*LL.M. IN ESTATE PLANNING
† ACCREDITED ESTATE PLANNER®

TELEPHONE (610) 865-6770

TELE-FAX (610) 865-6433

E-MAIL
rhlittner@littdeschlaw.com
mdeschler@littdeschlaw.com
rvlittner@littdeschlaw.com
mjdeschler@littdeschlaw.com

April 17, 2019

## LEGAL MAIL - CONFIDENTIAL

Antonio Saunders
ID No. 27827
Northampton County Prison
666 Walnut Street
Easton, PA 18042

RE:   Commonwealth vs. Antonio Saunders; No. 538-2019

Dear Mr. Saunders:

Following our meeting at the prison today, I received the enclosed discovery from the Commonwealth in the mail. I will be filing a petition to withdraw as your counsel tomorrow per our discussion.

Very truly yours,

LITTNER, DESCHLER & LITTNER

Matthew J. Deschler

Enclosure

18

LAW OFFICES

## LITTNER, DESCHLER & LITTNER

512 NORTH NEW STREET

P.O. BOX 1407

BETHLEHEM, PENNSYLVANIA 18016

www.littdeschlaw.com

ROBERT H. LITTNER†
MICHAEL C. DESCHLER
ROBERT V. LITTNER\*\*†
MATTHEW J. DESCHLER

\*ALSO MEMBER FLORIDA BAR
\*LL.M. IN ESTATE PLANNING
† ACCREDITED ESTATE PLANNER®

TELEPHONE (610) 865-6770

TELE-FAX (610) 865-6433

E-MAIL
rhlittner@littdeschlaw.com
mdeschler@littdeschlaw.com
rvlittner@littdeschlaw.com
mjdeschler@littdeschlaw.com

April 22, 2019

### LEGAL MAIL - CONFIDENTIAL

Antonio Saunders
ID No. 27827
Northampton County Prison
666 Walnut Street
Easton, PA 18042

      Re:    Commonwealth vs. Antonio Saunders; No. 538-2019

Dear Mr. Saunders:

      Enclosed please find a copy of a Petition to Withdraw as Counsel, the original of which was filed April 18, 2019.

                  Very truly yours,

                  LITTNER, DESCHLER & LITTNER

                  Matthew J. Deschler

MJD/sms
Enclosure

19

Antonio
Saunders

## IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY, PENNSYLVANIA – CRIMINAL

| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) No. CP-48-CR-538-2019 |
| vs. | ) |
| | ) |
| ANTONIO SAUNDERS, | ) |
| Defendant | ) |

COPY

### PETITION TO WITHDRAW AS COUNSEL

1.     On April 12, 2019, this Honorable Court appointed the undersigned as counsel for Defendant, following the Court's Order of March 21, 2019, permitting prior counsel to withdraw.

2.     On April 17, 2019, the undersigned met with Defendant in Northampton County Prison.

3.     Defendant advised the undersigned that he had not requested substitute counsel and only desired that undersigned counsel continue to represent him if the undersigned agreed to proceed on numerous pre-arraignment motions filed by Defendant.

4.     The undersigned advised Defendant that he would not agree to Defendant's condition, as the undersigned deemed at least some of Defendant's motions to be wholly without merit.

5.     Defendant advised the undersigned that he did not desire the undersigned's representation.

2019 APR 18 PM 12:54

20

6.    Defendant's formal arraignment is scheduled for April 25, 2019.

7.    It is clear that the undersigned and Defendant have irreconcilable differences with respect to the course and objectives of the representation.

8.    The undersigned respectfully requests that a hearing be held at the time of Defendant's arraignment on April 25, 2019, with respect to the undersigned's petition to withdraw, and further requests that this Court conduct a Rule 121 colloquy into whether Defendant desires to waive his right to counsel.

**WHEREFORE,** the undersigned respectfully requests that this Honorable Court grant the undersigned's Petition to Withdraw as Counsel and grant the undersigned leave to withdraw. The undersigned further requests that this Court conduct a Rule 121 colloquy into whether Defendant wishes to waive his right to counsel.

**LITTNER, DESCHLER & LITTNER**

By:    *Matthew Deschler*

Matthew J. Deschler, Esquire
512 North New Street
Bethlehem, PA 18018
610-865-6770 (t)
610-865-6433 (f)
mjdeschler@littdeschlaw.com
PA ID No. 311785
Counsel for Defendant

21

## CERTIFICATION OF COMPLIANCE WITH PUBLIC ACCESS POLICY

I hereby certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

LITTNER, DESCHLER & LITTNER

By: *[signature]*

Matthew J. Deschler, Esquire
512 North New Street
Bethlehem, PA 18018
Telephone No. (610) 865-6770
Facsimile No. (610) 865-6433
mjdeschler@littdeschlaw.com
PA ID No. 311785
Counsel for Defendant

Date: April 18, 2019

## CERTIFICATE OF SERVICE

I, Matthew J. Deschler, Esquire, hereby certify that, on the date below, I

served a copy of the foregoing Petition to Withdraw as Counsel on the following

individuals:

Honorable Michael J. Koury, Jr.
Northampton County Courthouse
669 Washington Street
Easton, PA 18042
*Via Court Administration*

James A. Augustine, III, Esquire
District Attorney's Office
669 Washington Street
Easton, PA 18042
*Via delivery to District Attorney's Office*

Antonio Saunders
ID No. 27827
Northampton County Prison
666 Walnut Street
Easton, PA 18042
*Via regular mail*

LITTNER, DESCHLER & LITTNER

By: _Matthew Deschler_

Matthew J. Deschler, Esquire
512 North New Street
Bethlehem, PA 18018
Telephone No. (610) 865-6770
Facsimile No. (610) 865-6433
mjdeschler@littdeschlaw.com
PA ID No. 311785
Counsel for Defendant

Date: April 18, 2019

23

24

Exhibit A

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



**PRELIMINARY ARRAIGNMENT NOTICE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-11 |
| MDJ Name: | Honorable Nicholas E. Englesson |
| Address: | 1214 Stefko Blvd.<br>Bethlehem, PA 18017 |
| Telephone: | 610-694-0553 |

Commonwealth of Pennsylvania

v.

Antonio Saunders

Docket No:
Case Filed:
Comp/Cit#
OTN/LOTNₓ234974-5 → OTN/LOTN X234974-5

---

**Charge(s)**

§   Forgery (F2); Theft F3; Identity Theft

---

| Date: 1-28-19 | Place: Easton Central Booking |
|---|---|
| Time: 610pm | |

At the preliminary arraignment, you will be given a copy of the criminal complaint that has been filed against you. In addition, you will be advised of your right to counsel, your right to a preliminary hearing, and the amount and types of bail available if your offense is a bailable offense.

At the preliminary arraignment, a date and time will be fixed for your preliminary hearing and you will be given a reasonable opportunity to post bail. If bail is not posted, you may be committed according to law.

If you have any questions, please call the above office immediately.

1-28-19

Date

Magisterial District Judge Nicholas E Englesson
TEMPORARY ASSIGNMENT BY COURT ORDER

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

MDJS 308PA-BL

1



FREE INTERPRETER
www.pacourts.us/language-rights
610-829-5700

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



# COMMITMENT

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-11 |
| MDJ Name: | Honorable Nicholas E. Englesson |
| Address: | 1214 Stefko Blvd.<br>Bethlehem, PA 18017 |
| Telephone: | 610-694-0553 |

Commonwealth of Pennsylvania
_____
v.

Antonio Saunders
_____

Docket No:
Case Filed: .

**Charge(s)**

§  Forgery (F2); Theft F3; Identity Theft

To ANY AUTHORIZED PERSON of the above named county of this commonwealth:
You are hereby commanded to convey and deliver into the custody of the keeper of the county prison the above named defendant. You, the keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF _____ DAYS UNTIL _____

☑ A HEARING AT                                                                      Alternative address

| | |
|---|---|
| Date: 2-11-19 | Place: Magisterial District Court 03-2-08<br>Hon. John C. Capobianco<br>136 South Main Street, Nazareth, PA 18064 |
| Time: 900 am | |

☐ COMMON PLEAS COURT ACTION

☐ Other_____

CURRENT AMOUNT OF BAIL: $100,000 _____
COMMITMENT REASON: Unable to Post Bail _____

☐ Pursuant to the Rules of Criminal Procedure, the individual shall not be detained without a Summary Trial longer than 72 hours, or the close of the next business day if the 72 hours expires on a non-business day.

☐ Pursuant to the Rules of Criminal Procedure, the individual shall not be detained without a Payment Determination Hearing longer than 72 hours, or the close of the next business day if the 72 hours expires on a non-business day.

☐ Pursuant to the Rules of Criminal Procedure, the individual shall not be detained for a period of greater than the period of imprisonment awarded in the original sentence which is _____ days.

\\|\/\|/·                    1-28-19                    ʌ C C—
_____          _____          _____
                              Date                    Magisterial District Judge   Nicholas E Englesson
                                                      TEMPORARY ASSIGNMENT BY COURT ORDER

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

MDJS 609-BL                                        1

2 6

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



# RELEASE OF PRISONER

| Mag. Dist. No: | MDJ-03-2-11 |
|---|---|
| MDJ Name: | Honorable Nicholas E. Englesson |
| Address: | 1214 Stefko Blvd. Bethlehem, PA 18017 |
| Telephone: | 610-694-0553 |

Commonwealth of Pennsylvania
_____
v.

Antonio Saunders
_____

Docket No:
Case Filed:
OTN:

---

**Charge(s)**

§  Forgery (F2); Theft F3; Identity Theft

To the keeper of _____ Prison in said County,
You are hereby commanded to release the above named Defendant, if detained for no other cause than that
mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been
returned to court.

**REASON FOR DISCHARGE:**

☐  Hearing to be held at:_____

| Date: | Place: |
|---|---|
| Time: | |

☐  Not Guilty of a Summary Offense

☐  Court Case Dismissed

☐  Charges withdrawn by Prosecution

☐  Other_____

☐  Bail Posted. I hereby certify that the bail posted fully satisfies the monetary conditions set.

_____          _____
Date                                               Magisterial District Judge   Nicholas E Englesson
                                                            TEMPORARY ASSIGNMENT BY COURT ORDER

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please
contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 502-BL                                                    1

27

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



# PRELIMINARY HEARING NOTICE

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-11 |
| MDJ Name: | Honorable Nicholas E. Englesson |
| Address: | 1214 Stefko Blvd. Bethlehem, PA 18017 |
| Telephone: | 610-694-0553 |

Commonwealth of Pennsylvania

**v.**

Antonio Saunders

Docket No:
Case Filed:
Comp/Cit#
OTN/LOTN X234974-5

---

**Charge(s)**

§ Forgery (F2); Theft F3; Identity Theft

---

| Date: 2-11-19 | Place: Magisterial District Court 03-2-08 Hon. John C. Capobianco |
|---|---|
| Time: 900 am | 136 South Main Street, Nazareth, PA 18064 |

## Notice To Defendant

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.

At the preliminary hearing you may:
1. Be represented by counsel;
2. Cross-examine witnesses and inspect physical evidence offered against you;
3. Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4. Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.

If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you. Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney. If you have any questions, please call the above office immediately.

Should you fail to appear for your Preliminary Hearing, a warrant will be issued for your arrest.

1-28-19

Date

Magisterial District Judge Nicholas E Englesson
TEMPORARY ASSIGNMENT BY COURT ORDER

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us* to make a payment.

FREE INTERPRETER
www.pacourts.us/language-rights
610-829-6700

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



# Rescheduling Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-08 |
| MDJ Name: | Honorable John C. Capobianco |
| Address: | 136 South Main Street<br>Nazareth, PA 18064 |
| Telephone: | 610-759-6424 |

Commonwealth of Pennsylvania
v.
Antonio Saunders

Antonio Saunders
Northampton County Prison
666 Walnut Street
Easton, PA 18042

Docket No:    MJ-03208-CR-0000051-2019
Case Filed:   1/28/2019
Comp/Cit #:   190517
OTN/LOTN:  X 234974-5/X 234974-5

| Charge(s) | |
|---|---|
| 18 § 4101§§ A2 (Lead) | Forgery - Unauthorized Act In Writing |
| 18 § 3921§§ A | Theft By Unlaw Taking-Movable Prop |
| 18 § 4120 §§ A | Identity Theft |

A Preliminary Hearing was previously scheduled on February 11, 2019 / 9:00 AM in the above-captioned case. It has been rescheduled to be held on/at:

| Date: **Monday, February 11, 2019** | Place: Magisterial District Court 03-2-08,  Nazareth<br>136 South Main Street |
|---|---|
| Time: **2:00 PM** | Nazareth, PA  18064<br>610-759-6424 |

Continuance requested by Edward J. Andres, Esq.
Reason: Defendant Attorney Request
Comments: This is a time change only!!!

## Notice To Defendant

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas. At the preliminary hearing you may:

1.   Be represented by counsel;
2.   Cross-examine witnesses and inspect physical evidence offered against you;
3.   Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4.   Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.
If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you.  Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney.  If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

January 30, 2019

Date

_John    Capr_

Magisterial District Judge John C. Capobianco

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.**

1





FREE INTERPRETER
www.pacourts.us/language-rights
610-829-6700

## BAIL BOND

| OTN: X234974-5 | Docket No: | | Date of Charges: |
|---|---|---|---|
| | | MDJ-03-2-11 | Lower Court Docket No: |

| Def Name/Address: Antonio Saunders | Next Court Action: Preliminary Hearing |
|---|---|

**LEAD OFFENSE**

§ Forgery (F2); Theft F3; Identity Theft

**ADDITIONAL CHARGES MAY EXIST, PLEASE SEE ADDITIONAL CHARGES PAGE**

**TYPE(S) OF RELEASE:**

| ROR | ☐ Unsecured Bail | ☐ Nonmonetary Condition(s) (see additional page(s)) |
|---|---|---|
| Nominal Bail | ✓ Monetary Condition(s) in the amount of $100,000 | |

**THE CONDITIONS OF THIS BAIL BOND ARE AS FOLLOWS:**

1. The defendant must appear at all times required until full and final disposition of the case(s).
2. The defendant must obey all further orders of the bail authority.
3. The defendant must provide a current address and must give written notice to the bail authority, the clerk of courts, the district attorney, and the court bail agency or other designated court bail officer, of any change of address within 48 hours of the date of the change.
4. The defendant must neither do, nor cause to be done, nor permit to be done on his or her behalf, any act as proscribed by Section 4952 of the Crimes Code (relating to intimidation of witnesses or victims) or by Section 4953 (relating to retaliation against witnesses or victims), 18 Pa.C.S. § 4952, 4953.
5. The defendant must refrain from criminal activity.
6. The defendant must comply with any fingerprint order, if any is issued by this court.

I verify that the above conditions of bail have been imposed.

| 1-28-19 | _A.C.C_ |
|---|---|
| Date | (Signature of Issuing Authority)   Nicholas E Englesson |
| | TEMPORARY ASSIGNMENT BY COURT ORDER |

**TYPES OF SECURITY:**

| ☐ Cash/Equivalent | ☐ Gov't Bearer Bond | ☐ Realty within Commonwealth |
|---|---|---|
| ☐ _____% Cash | ☐ Surety Bond | ☐ Realty outside Commonwealth |

**TOTAL AMOUNT BAIL SET (IF ANY):** (see sureties page)

**BAIL DEPOSITOR(S)**

| Depositor Name | Amount |
|---|---|

This bond is valid for the entire proceedings and until full and final disposition of the case including all avenues of direct appeal to the Supreme Court of Pennsylvania.

**I AGREE THAT I WILL APPEAR AT ALL SUBSEQUENT PROCEEDINGS AS REQUIRED AND COMPLY WITH ALL THE CONDITIONS OF THE BAIL BOND.**

THIS BOND SIGNED ON _____, _____

at _____, Pennsylvania    _____
    Signature of Defendant

_____
Signature of Witness    Defendant's Address:

_____ (Surety)    _____

_____ (Surety)    _____

PLEASE SEE ATTACHED PAGES FOR ADDITIONAL INFORMATION.



FREE INTERPRETER
www.pacourts.us/language-rights
610-829-6700

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



# WAIVER OF PRELIMINARY HEARING

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-08 |
| MDJ Name: | Honorable John C. Capobianco |
| Address: | 136 South Main Street |
| | Nazareth, PA 18064 |
| Telephone: | 610-759-6424 |

Antonio Saunders
Northampton County Prison
666 Walnut Street
Easton, PA 18042

Commonwealth of Pennsylvania
v.
Antonio Saunders

| | |
|---|---|
| Docket No: | MJ-03208-CR-0000051-2019 |
| Case Filed: | 1/28/2019 |
| OTN/LOTN: | X 234974-5/X 234974-5 |

I, the undersigned, certify that I waive my right to a preliminary hearing. I understand that I have a right to this hearing, at which time I have the right to:

1. be represented by counsel,
2. cross-examine witnesses,
3. inspect physical evidence offered against me,
4. call witnesses on my own behalf, offer evidence on my own behalf, and testify,
5. make written notes of the proceedings or have my own counsel do so, and
   make a stenographic, mechanical, or electronic record of the proceedings.

I understand that if a prima facie case of guilt is not established against me at this hearing, the charges against me would be dismissed.

I understand that when I am represented by counsel and I waive the right to preliminary hearing, I am thereafter precluded from raising challenges to the sufficiency of the prima facie case.

I understand that if the case is held for court and if I fail to appear without cause at any proceeding for which my presence is required, including trial, my absence may be deemed a waiver of my right to be present, and the proceeding, including the trial may be conducted in my absence.

☐ I have had a preliminary arraignment during which I was advised of my right to have a preliminary hearing and of my right to counsel.

☐ I have received a summons wherein I was advised of my right to have a preliminary hearing and of my right to counsel.

I knowingly, voluntarily, and intelligently make this waiver of my preliminary hearing.

Signed this _____ day of _____.  FEB 1 1 2019

X _____
(Defendant)

_____
(Attorney)

Attorney for Defendant (if any)
Attorney Edward J. Andres
Corriere & Andres LLC
Po Box 1217
Bethlehem, PA 18016-1217

I HAVE DETERMINED THAT THE DEFENDANT HAS MADE A KNOWING, VOLUNTARY, AND INTELLIGENT WAIVER OF HIS RIGHT TO A PRELIMINARY HEARING.

FEB 1 1 2019

_____
Date

_____
Magisterial District Judge

31

Commonwealth of Pennsylvania

Court of Common Pleas

County of Northampton

3rd Judicial District



**Notice of Formal Arraignment**

Commonwealth of Pennsylvania

v.

Antonio Saunders

Court of Common Pleas - Northampton County
Northampton County Government Center
669 Washington Street
Easton, PA 18042
610-559-6701

Antonio Saunders
Northampton County Prison
666 Walnut Street
Easton, PA 18042

Docket No:   MJ-03208-CR-0000051-2019
OTN/LOTN:    X 234974-5/X 234974-5

A Formal Arraignment has been scheduled for the above captioned case to be held on/at:

| Date: **Thursday, April 25, 2019** | Place:  Courtroom 1 |
|---|---|
| Time: **9:00 AM** | Northampton County Government Center |
| | 669 Washington Street |
| | Easton, PA 18042 |
| | 610-829-6630 |

Comments: If you are incarcerated at the time of your formal arraingment, it will be held on the date listed at 9:30AM.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence. If you fail to comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

Primary Participant Name and Address:
Antonio Saunders
Northampton County Prison
666 Walnut Street
Easton, PA 18042

**FEB 1 1 2019**

Date                                   Defendant

*John Cap*

February 11, 2019

Date                                   Magisterial District Judge John C. Capobianco

**If you are disabled and require a reasonable accomodation to gain access to the Northampton Court of Common Pleas and its services, please contact the Northampton Court of Common Pleas at the above address or telephone number. We are unable to provide transportation You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at http://ujsportal.pacourts.us to make a payment.**

32

MDJS 308
Printed: 02/11/2019  2:39:28PM

1



**FREE INTERPRETER**
www.pacourts.us/language-rights
610-829-6700

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



**BAIL PAYMENT**

| Mag. Dist. No: | MDJ-03-2-11 |
| MDJ Name: | Honorable Nicholas E. Englesson |
| Address: | 1214 Stefko Blvd. Bethlehem, PA 18017 |
| Telephone: | 610-694-0553 |

Commonwealth of Pennsylvania

**v.**

Antonio Saunders

Docket No:
Case Filed:
Comp/Cit#

**RECEIVED FROM:**

_____ _____ _____
(LAST)                   (FIRST)                  (MIDDLE)

(ADDRESS)

---

**TYPES OF SECURITY:**

☐ Cash Equivalent          ☐ Gov't Bearer Bonds          ☐ Realty w/in Commonwealth

☐ _____ % Cash             ☐ Surety Bond                 ☐ Realty outside Commonwealth

TOTAL AMOUNT BAIL SET (IF ANY): $ _____

---

**RECEIVED BY:**

_____ _____ _____
(LAST)                   (FIRST)                  (MIDDLE)

---

If the bail authority permits the deposit of the cash percentage of the bail pursuant to Pa.R.Crim.P. 528(C) and the depositor is not the defendant, the depositor must select one of the following options:

☐ I agree to act as a surety and sign the bail bond with the defendant. I understand that I shall be liable for the full amount of bail if the defendant fails to appear and in that event the cash or other security may be ordered forfeit; or

☐ I do not want to be liable for the full amount of bail. I will instead deposit the money for the defendant to post. I understand that selecting this option relinquishes my right to make a subsequent claim for the return of the money pursuant to the Rules of Criminal Procedure. I also understand that by selecting this option, the defendant will be deemed the depositor, and only the defendant will sign the bond and be liable for the full amount of the bail. **Notice**: Under this option, pursuant to Pa.R.Crim.P. 535(E), when the bail was deposited by or on behalf of the defendant and the defendant is the named depositor, the amount otherwise returnable to the defendant may be used to pay and satisfy any outstanding restitution, fees, fines, and costs owed by the defendant as a result of a sentence imposed in the court case for which the deposit was made.

Depositor Name:
_____ _____ _____
(LAST)                   (FIRST)                  (MIDDLE)

Depositor Signature: _____

*33*

MDJS 451-BL

1

**FREE INTERPRETER**
www.pacourts.us/language-rights
610-829-6700

## BAIL RELEASE CONDITIONS

| OTN: X234974-5 | Docket No: | | Date of Charges: | |
|---|---|---|---|---|
| | | MDJ-03-2-11 | Lower Court Docket No: | |
| Def Name/Address: | | | Next Court Action: | |
| Antonio Saunders | | | Preliminary Hearing | |

### Release Conditions

☐ Defendant shall be supervised by Northampton County Pretrial Services and shall abide by their rules and regulations.

☐ 10% Bail allowed

☐ Eligible for 10% if approved by Pretrial Services

☐ Third party surety required

☐ Domestic violence conditions

☐ No contact whatsoever with the victim(s)/witness(es)

☐ Must secure an alternate residence while case is pending, prior to release

☐ Random Drug and Alcohol testing - no consumption allowed

I verify that the above conditions have been imposed.

_____
(Signature of Defendant)

1-28-19

**Date**

_____
(Signature of Issuing Authority)   Nicholas E Englesson
TEMPORARY ASSIGNMENT BY COURT ORDER

34

FREE INTERPRETER
www.pacourts.us/language-rights
610-829-6700

# SURETY INFORMATION PAGE

| OTN: X234974-5 | Docket No:  MDJ-03-2-11 | Date of Charges: |
|---|---|---|
| | | Lower Court Docket No: |

| Def Name/Address: | Next Court Action: |
|---|---|
| Antonio Saunders | Preliminary Hearing |

I, _____, the undersigned surety, have posted security in the amount of $ $100,000
**UNSECURED BAIL**

**TYPES OF SECURITY:**

☐ Cash/Equivalent  ☐ Gov't Bearer Bond(s)  ☐ Realty w/in Commonwealth

☐ _____% Cash  ☐ Surety Bond  ☐ Realty outside Commonwealth

Pursuant to Pa.R.Crim.P. 524(c)(4), I, _____, agree to act as nominal surety for
Antonio Saunders _____ in the above-captioned matter.

I have read this information, and I acknowledge that I, my personal representatives, successors, heirs and assigns are jointly and severally bound with Antonio Saunders _____ and any other sureties to pay to the Commonwealth of Pennsylvania the sum of $, which is the full amount of the monetary condition of release in the event the bail bond is forfeited.
$100,000

I understand that when a monetary condition of release is imposed, if Antonio Saunders _____ appears at all times required by the court and satisfies all the other conditions set forth in the bail bond, then upon full and final disposition of the case, this bond shall be void. If Antonio Saunders _____ fails to appear as required or to comply with the conditions of the bail bond, then this bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited, Antonio Saunders _____ release may be revoked, and a warrant for Antonio Saunders _____ arrest may be issued.

**WARRANT OF ATTORNEY: RECOGNIZING THAT I AM WAIVING CERTAIN IMPORTANT RIGHTS, INCLUDING THE RIGHT OF PREJUDGMENT NOTICE AND HEARING,** in accordance with the law, I do hereby empower any attorney of any court of record within the Commonwealth of Pennsylvania or elsewhere to appear for me at any time, and with or without declarations filed, and whether or not Antonio Saunders _____ be in default, to confess judgment against me, and in favor of the Commonwealth of Pennsylvania for use of the county, and its assigns, during any term or session of a court of record of the county for the full amount of the monetary condition of release set forth on the first page of this bail bond, and costs. I understand that any real estate which I have posted as security in this case may be levied upon to collect the amount confessed. I waive and release any right of inquisition on that real estate, voluntarily condemn it, and authorize the Prothonotary, upon a Writ of Execution, to enter my voluntary condemnation. I also agree that any real estate posted by me in this case may be sold on a Writ of Execution. I hereby forever waive and release any and all errors which may arise in any proceeding to confess judgment in this case, waive all rights of stay of execution, and waive all laws now in force or laws passed in the future which exempt real or personal property from execution.

Since a copy of the bail bond and warrant of attorney is being filed in the defendant's case, it shall not be necessary to file the original as a warrant of attorney, notwithstanding any law or rule of court to the contrary.

Any surety who is not the defendant on the case must report any violation of any bail bond condition in accordance with 42 Pa.C.S. § 5750.

I, _____, verify that the facts set forth in this form are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. Section 4904) relating to unsworn falsification to authorities.

_____
(Signature of Defendant or Surety)

_____
(Address of Surety, Surety Company or Defendant)

_____
(Witness / Bail Authority)

* Refund of all bail (less any bail-related fees or commissions allowed by law and reasonable costs, if any, of administering the percentage cash bail program) will be made within 20 days after full and final disposition (Pa.R.Crim.P. 535).
* Bring Cash Bail Receipt to Clerk of Courts or Issuing Authority.

FREE INTERPRETER
www.pacourts.us/language-rights
610-829-6700

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF NORTHAMPTON | **POLICE CRIMINAL COMPLAINT** **COMMONWEALTH OF PENNSYLVANIA** **VS.** |
|---|---|

Magisterial District Number: 03-2-08

MDJ: Hon.   JOHN CAPOBIANCO
              136 SOUTH MAIN STREET

Address:   NAZARETH, PA 18064

Telephone:   610-759-8424

DEFENDANT:   *(NAME and ADDRESS):*

ANTONIO                    SAUNDERS
First Name    Middle Name    Last Name                    Gen

20512 118TH AVE
SAINT ALBANS   NY 11412

| ☐ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | ☐ Distance: |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☒ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. | |

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|---|
| | 01/28/19 | | | 19-0517 | ☐ YES ☒ NO |

| GENDER | DOB | 8/30/1968 | POB | FL | | Add'l DOB | | Co-Defendant(s) | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Male | | First Name | | Middle Name | | Last Name | | | Gen. |
| ☐ Female | AKA | ALLEN BAYNES, STEVEN MYERS | | | | | | | |

| RACE | ☐ White | ☐ Asian | ☒ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | ☐ Unknown |
|---|---|---|---|

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☒ XXX (Unk/Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☐ BLN (Blonde / Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☒ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | | | | 275 |
| | 748478HA9 | MNU Number | | |
| Defendant Fingerprinted? | ☐ YES ☐ NO | | | HEIGHT |
| Fingerprint Classification | | | | 6    3 |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | | Style | Color | as Def. ☐ |

Office of the attorney for the Commonwealth   ☐ Approved   ☐ Disapproved Because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth Prior to filing. See Pa.R.Crim.P. 507).

| (Name of the attorney for the Commonwealth) | (Signature of the attorney for the Commonwealth) | (Date) |
|---|---|---|

I,   **MICHAEL J. MUNCH**                                    **31439**         **931**
   (Name of the Affiant)                               PSP/MPOETC-Assigned Affiant ID Number and Badge #

of **Colonial Regional Police Depar**                        **PA0480200**
   (Identify Department or Agency Represented and Political Subdivision)        (Police Agency ORI Number)

do hereby state: (check appropriate box)

1.  ☒  I accuse the above named defendant who lives at the address set forth above

    ☐  I accuse the defendant whose name is unknown to me but who is described as _____

    ☐  I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have
       therefore designated as John Doe or Jane Doe

    with violating the penal laws of the Commonwealth of Pennsylvania at [  209 ]      **LOWER NAZARETH**
                                                                    (Subdivision Code)    (Place-Political Subdivision)

    **3704 EASTON NAZ HWY / SR 248   EASTON, PA**

    in _____ **NORTHAMPTON** _____ County [ ___48___ ] on or about _____ 1/28/19 @ 1430 HOURS
                                              (County Code)              (Offense Date)

36

AOPC 412A - Rev. 07/18                                                    Page ___ of ___

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 01/28/2019 | OTN/LiveScan Number | | Complaint/Incident Number 19-0517 |
|---|---|---|---|---|
| Defendant Name: | First ANTONIO | Middle: | Last SAUNDERS | |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older ____ |
|---|---|---|---|---|---|

| ☒ | 1 | 4101 | (a)(2) | of the | PA Crimes Code | 1 | F2 | | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade NCIC Code | | AOPC/UCR/NIBRS Code |

| PennDOT Data if applicable | Accident Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
FORGERY

Acts of the accused associated with this Offense:

A person is guilty of forgery if, with intent to defraud or injure anyone, or with knowledge that he is facilitating a fraud or injury to be perpetrated by anyone, the actor makes, completes, executes, authenticates, issues or transfers any writing so that it purports to be the act of another who did not authorize that act, or to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed.

To Wit: Saunders used false identifying information and the signature of another person in order to apply for a bank loan in the amount of $30,000 with the intent to defraud BB&T Bank.

| Inchoate Offense | ☒ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older ____ |
|---|---|---|---|---|---|

| ☐ | 2 | 3921 | (a) | of the | Pa Crimes Code | 1 | F3 | | 060 | 23A |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade NCIC Code | | AOPC/UCR/NIBRS Code | |

| PennDOT Data if applicable | Accident Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

Statute Description (Include the name of the statute or ordinance):
THEFT BY UNLAWFUL TAKING--MOVABLE PROPERTY

Acts of the accused associated with this Offense:

A person is guilty of theft if he unlawfully takes, or exercises unlawful control over, movable property of another with intent to deprive him thereof.

To Wit: Saunders used false identifying information and the signature of another person in order to apply for a bank loan in the amount of $30,000 with the intent to defraud BB&T Bank.

37

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed:<br>01/28/2019 | OTN/LiveScan Number | | Complaint/Incident Number<br>19-0517 |
|---|---|---|---|---|
| **Defendant Name:** | First:<br>ANTONIO | Middle: | | Last:<br>SAUNDERS |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate<br>Offense | ☐ | Attempt<br>18 901 A | ☐ | Solicitation<br>18 902 A | ☐ | Conspiracy<br>18 903 | | Number of Victims Age 60 or Older _____ — |

| ☐ | 3 | 4120 | (a) | of the | PA Crimes Code | 1 | F3 | | 11 | 26A |
|---|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code | |

| PennDOT Data<br>(if Applicable) | Accident<br>Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
**IDENTITY THEFT**

Acts of the accused associated with this Offense:
A person commits the offense of identity theft of another person if he possesses or uses, through any means, identifying information of another person without the consent of that other person to further any unlawful purpose.

To Wit: Saunders used false identifying information and the signature of another person in order to apply for a bank loan in the amount of $30,000 with the intent to defraud BB&T Bank.

| Inchoate<br>Offense | ☐ | Attempt<br>18 901 A | ☐ | Solicitation<br>18 902 A | ☐ | Conspiracy<br>18 903 | | Number of Victims Age 60 or Older _____ |

| ☐ | 4 | 4106 | (a)(3) | of the | PA Crimes Code | 1 | | | 11 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Code | AOPC/UCR/NIBRS Code |

| PennDOT Data<br>(if Applicable) | Accident<br>Number | | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (Include the name of the statute or ordinance):
**ACCESS DEVICE FRAUD/POSSESSES**

Acts of the accused associated with this Offense:
A person commits an offense if he possesses an access device knowing that it is counterfeit, altered, incomplete or belongs to another person who has not authorized its possession.

To Wit: Saunders possessed two bank cards, one PA ID card, and one Social Security Card bearing the name Allen Baynes.

38



**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed:<br>01/28/2019 | DTN/LiveScan Number | | Complaint/Incident Number<br>19-0517 | |
|---|---|---|---|---|---|
| Defendant Name | First:<br>ANTONIO | | Middle: | Last:<br>SAUNDERS | |

# **AFFIDAVIT OF PROBABLE CAUSE**

On 1/25/19, Saunders entered the BB&T Bank at the above location. Saunders applied for a signature loan in the amount of $30,000.00 using the identifying information of Allen Baynes. Saunders displayed a Pennsylvania ID card and a social security card in the name of Allen Baynes. Saunders also provided the bank with a federal income tax return form in the name of Allen Baynes. Saunders also signed the loan application form in the name of Allen Baynes.

Officer Nigro, this department, contacted Allen Baynes who resides in Alabama. Baynes stated he has not been to Pennsylvania and did not apply for a loan, nor did he allow anyone else to apply for a loan in his name.

On 1/28/19, Saunders returned to the bank in order to receive his money. At that time, your affiant placed Saunders under arrest. Saunders was in possession of a Pennsylvania identification card, social security card, and two bank cards, all bearing the name Allen Baynes. A short time later, Saunders identified himself as Antonio Saunders, residing in New York. Saunders was in possession of a Temporary NY driver's license in the name of Antonio Saunders. On the back of the driver's license was a handwritten list of the identifying information of Allen Baynes, including date of birth, email address, and phone number.

I, **MICHAEL J. MUNCH** _____, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

**I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.**

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____.

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January,

| SEAL |
|---|

*39*

AOPC 411C - Rev. 07/18                                                                                                          Page ___ of ___

**CONFIDENTIAL**



# Confidential Information Form
# Criminal Complaint

Complete the defendant's SSN Information if known. If this form is submitted as part of a Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos should also be completed if known.

| Docket Number: | Date Filed: 01/28/2019 | OTN/LiveScan Number | | Complaint/Incident Number 19-0517 | |
|---|---|---|---|---|---|
| Defendant Name | First ANTONIO | | Middle: | Last SAUNDERS | |

**NCIC Cautions and Medical Conditions (check codes)**

| | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

| Scars, Marks, Tattoos NCIC Codes | |
|---|---|

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains To: | Confidential Information: | Reference in Filing: |
|---|---|---|
| SAUNDERS, ANTONIO (full name of adult) OR This information pertains to a minor with the initials of _____ and the full name of ____ (full name of minor) and date of birth of: _____ | Social Security Number (SSN): 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 Financial Account Number (FAN): ____ Driver's License Number (DLN): 859643948 State of Issuance (DLN): NY Expires (DLN): 8/30/2026 State Identification Number (SiD): NY5417367Q | Alternative Reference: SSN1 Alternative Reference: FAN1 Alternative Reference: DLN1 Alternative Reference: SiD1 |

Additional page(s) attached. _____ total pages are attached to this filing.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
Signature of Attorney or Affiant

_____
Date

Name: _____

Attorney Number: (if applicable) _____

Address: _____

Telephone: _____

_____

Email: _____

*40*

**CONFIDENTIAL**

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed:<br>01/28/2019 | OTN/LiveScan Number | | Complaint/Incident Number<br>19-0517 |
|---|---|---|---|---|
| Defendant Name | First:<br><br>ANTONIO | | Middle: | Last:<br><br>SAUNDERS |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _____ through _____ .

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealthof Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.

**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

1/28/19
(Date)

(Signature of Affiant)

AND NOW, on this date _____ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

_____          _____
(Magisterial District Court Number)                      (Issuing Authority)

| SEAL |
|---|

4/

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0000538-2019**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

v.

Antonio Saunders

Page 1 of 12

### CASE INFORMATION

| | |
|---|---|
| Judge Assigned: | Date Filed: 02/15/2019    Initiation Date: 01/28/2019 |
| OTN: X 234974-5    LOTN: X 234974-5 | Originating Docket No: MJ-03208-CR-0000051-2019 |
| Initial Issuing Authority: John Capobianco | Final Issuing Authority: John Capobianco |
| Arresting Agency: Colonial Regional Police Dept | Arresting Officer: Munch, Michael J. |
| Complaint/Incident #: 190517 | |
| Case Local Number Type(s) | Case Local Number(s) |

### STATUS INFORMATION

| | | | |
|---|---|---|---|
| Case Status:   Active | Status Date | Processing Status | Arrest Date:   01/28/2019 |
| | 02/18/2019 | Awaiting Formal Arraignment | |
| | 02/15/2019 | Awaiting Filing of Information | |
| | | | Complaint Date:   01/28/2019 |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Miscellaneous List | 03/15/2019 | 9:00 am | Courtroom 9 | President Judge Michael J. Koury Jr. | Scheduled |
| Formal Arraignment | 04/25/2019 | 9:00 am | Courtroom 1 | | Scheduled |
| Criminal Court | 06/03/2019 | 9:00 am | Courtroom 1 | | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 01/28/2019 | County Jail | Northampton County Prison | | Yes |

### DEFENDANT INFORMATION

| | |
|---|---|
| Date Of Birth:   08/30/1968 | City/State/Zip: Saint Albans, NY 11412 |

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Saunders, Antonio |

### BAIL INFORMATION

**Saunders, Antonio**                                                                 **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 01/28/2019 | Monetary | | $100,000.00 | | |
| Change Bail Percentage | 04/17/2019 | Monetary | 10.00% | $100,000.00 | | |

CPCMS 9082

Printed: 04/18/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

42

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0000538-2019**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

v.

Antonio Saunders

Page 2 of 12

### CHARGES

| Seq | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F2 | 18 § 4101 §§A2 | Forgery - Unauthorized Act In Writing | 01/28/2019 | X 234974-5 |
| 2 | 5 | F3 | 18 § 901 §§A | Criminal Attempt - Theft By Unlaw Taking-Movable Prop | 01/28/2019 | X 234974-5 |
| 3 | 3 | F3 | 18 § 4120 §§A | Identity Theft | 01/28/2019 | X 234974-5 |
| 4 | 4 | M3 | 18 § 4106 §§A3 | Posses Access Device Knowing Counterfeit, Altered | 01/28/2019 | X 234974-5 |
| 99999 | 2 | F3 | 18 § 3921 §§A | Theft By Unlaw Taking-Movable Prop | 01/28/2019 | X 234974-5 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

**Waived for Court (Lower Court)**     Defendant Was Present

| Lower Court Disposition | 02/11/2019 | Not Final | |
|---|---|---|---|
| 1 / Forgery - Unauthorized Act In Writing | Waived for Court (Lower Court) | F2 | 18 § 4101 §§ A2 |
| 3 / Identity Theft | Waived for Court (Lower Court) | F3 | 18 § 4120 §§ A |
| 4 / Posses Access Device Knowing Counterfeit, Altered | Waived for Court (Lower Court) | M3 | 18 § 4106 §§ A3 |
| 99,999 / Theft By Unlaw Taking-Movable Prop | Waived for Court (Lower Court) | F3 | 18 § 3921 §§ A |

**Proceed to Court**     Defendant Was Not Present

| Information Filed | 04/16/2019 | Not Final | |
|---|---|---|---|
| 1 / Forgery - Unauthorized Act In Writing | Proceed to Court | F2 | 18 § 4101 §§ A2 |
| 2 / Criminal Attempt - Theft By Unlaw Taking-Movable Prop | Replacement by Information | F3 | 18 § 901 §§ A |
| 3 / Identity Theft | Proceed to Court | F3 | 18 § 4120 §§ A |
| 4 / Posses Access Device Knowing Counterfeit, Altered | Proceed to Court | M3 | 18 § 4106 §§ A3 |
| 99,999 / Theft By Unlaw Taking-Movable Prop | Charge Changed | F3 | 18 § 3921 §§ A |

Replaced by 18 § 901 §§ A, Criminal Attempt - Theft By Unlaw Taking-Movable Prop

43

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



## Docket Number: CP-48-CR-0000538-2019
## CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania
v.
Antonio Saunders

Page 3 of 12

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** James Anthony Augustine III | **Name:** Matthew James Deschler |
| District Attorney | Court Appointed - Private |
| Supreme Court No: 203814 | Supreme Court No: 311785 |
| Phone Number(s): | Rep. Status: Active |
| 610-829-6630 (Phone) | Phone Number(s): |
| Address: | 610-865-6770 (Phone) |
| Northampton Co Da's Office | Address: |
| 669 Washington St | Littner Deschler & Littner |
| Easton, PA 18042-7490 | 512 N New St |
| | Bethlehem, PA 18018-5707 |
| | Representing: Saunders, Antonio |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/28/2019 | | Englesson, Nicholas E. |
| Bail Set - Saunders, Antonio | | | |
| 1 | 01/30/2019 | | Andres, Edward J. |
| Entry of Appearance | | | |
| 1 | 02/15/2019 | | Court of Common Pleas - Northampton County |
| Original Papers Received from Lower Court | | | |
| 1 | 02/18/2019 | | Criminal Division - Northampton |
| Formal Arraignment Scheduled 04/25/2019 9:00AM | | | |
| 1 | 02/19/2019 | | Saunders, Antonio |
| Motion: Rule 314 Notice | | | |
| Andres, Edward J. | | | |
| 02/19/2019 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 02/19/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 02/19/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 02/19/2019 | Interoffice | | |
| Andres, Edward J. | | | |
| 02/25/2019 | Interoffice | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

**DOCKET**



**Docket Number: CP-48-CR-0000538-2019**
**CRIMINAL DOCKET**
**Court Case**

Commonwealth of Pennsylvania

v.

Antonio Saunders

Page 4 of 12

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 1 | 02/22/2019 | | Saunders, Antonio |
| Pro Se Petition Filed | | | |
| Andres, Edward J. | | | |
| 02/22/2019 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 02/22/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 02/22/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 02/22/2019 | Interoffice | | |

---

| | | | |
|---|---|---|---|
| 1 | 02/25/2019 | | Koury, Michael J. Jr. |

Order Directing the Criminal Clerk to Forward Petition

AND NOW, this 25th day of February 2019, upon receipt of Defendant Antonio Saunders's ("Saunders") pro se "Motion: 314 Notice" forwarded to the undersigned, it is hereby ORDERED that the Clerk of Courts is directed to forward Saunders's Motion (attached) to Attorney Edward Andres and note on the docket the date and manner of service. Saunders is represented by Edward Andres, Esquire of the Northampton County Public Defender's Office. As this petition was not filed by Saunders's counsel, we will not consider it; a defendant is not permitted to act as co-counsel in his own defense. See Commonwealth v. Williams, 410 A.2d 880, 883 (Pa.Super.1979). BY THE COURT, Michael J. Koury Jr, President Judge.

| | | | |
|---|---|---|---|
| Andres, Edward J. | | | |
| 02/25/2019 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 02/25/2019 | Interoffice | | |

---

| | | | |
|---|---|---|---|
| 1 | 02/26/2019 | | Northampton County Clerk of Courts |
| Miscellaneous List Scheduled 03/15/2019 9:00AM | | | |
| Motion for New Counsel | | | |

---

| | | | |
|---|---|---|---|
| 1 | 03/01/2019 | | Saunders, Antonio |

Notice of Motion

Copy of notice forwarded to defendant and defendant's attorney with Rule 576 notice. Copy also forwarded to Commonwealth's attorney.

| | | | |
|---|---|---|---|
| Andres, Edward J. | | | |
| 03/04/2019 | Interoffice | | |
| Commonwealth of Pennsylvania | | | |
| 03/04/2019 | Interoffice | | |
| Saunders, Antonio | | | |

CPCMS 9082

Printed: 04/18/2019



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



### Docket Number: CP-48-CR-0000538-2019
### CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania
v.
Antonio Saunders

Page 5 of 12

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 03/04/2019 | Interoffice | | |

---

| 1 | 03/04/2019 | | Saunders, Antonio |
|---|---|---|---|

Motion to Recuse Public Defender

Copy of motion forwarded to defendant and defendant's attorney with Rule 576 notice. Copy also forwarded to Commonwealth's attorney.

Andres, Edward J.
03/04/2019      Interoffice
Commonwealth of Pennsylvania
03/04/2019      Interoffice
Koury, Michael J. Jr.
03/04/2019      Interoffice
Saunders, Antonio
03/04/2019      Interoffice

---

| 1 | 03/05/2019 | | Saunders, Antonio |
|---|---|---|---|

Motion to Waive Rule 600 for the Court and Commonwealth's Consideration to Dismiss

Copy of motion forwarded to defendant and defendant's attorney with Rule 576 notice. Copy also forwarded to Commonwealth's attorney.

Andres, Edward J.
03/05/2019      Interoffice
Commonwealth of Pennsylvania
03/05/2019      Interoffice
Saunders, Antonio
03/05/2019      Interoffice

---

| 1 | 03/12/2019 | | Saunders, Antonio |
|---|---|---|---|

Pro Se Correspondence

Defendant sent a letter requesting all motions filed by Attorney Andres. Docket sheet was forwarded to the defendant along with a letter.

Andres, Edward J.
03/12/2019      Interoffice
Saunders, Antonio
03/12/2019      Interoffice

---

Printed: 04/18/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY
## DOCKET



**Docket Number: CP-48-CR-0000538-2019**
**CRIMINAL DOCKET**
Court Case

Commonwealth of Pennsylvania
v.
Antonio Saunders

Page 6 of 12

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/14/2019 | | Koury, Michael J. Jr. |

Notion for New Counsel Continued

Motion for new counsel is continued.

JUDGE: Koury
ADA: Ceraul
STENO: Candelino

---

| 1 | 03/19/2019 | | Koury, Michael J. Jr. |

Motion for New Counsel Hearing Held 3/19/19

Motion for new counsel is denied.

JUDGE: Koury
ADA: Augustine
DEF: Andres
STENO: Froncek

---

| 1 | 03/20/2019 | | Saunders, Antonio |

Pro Se Correspondence

Defendant sent a letter requesting the PA Bar Association address. A copy of the Northampton County Bar Association address was forwarded to the defendant.

Saunders, Antonio
03/20/2019          Interoffice
Deschler, Matthew James
04/12/2019          Interoffice

---

| 2 | 03/20/2019 | | Koury, Michael J. Jr. |

Order Denying Pro Se Petition

AND NOW, this 20th day of March, 2019, upon consideration of Defendant Antonio Saunders's ("Saunders") pro se "Motion to Recuse Public Defender," and the testimony presented at a hearing on March 19, 2019, it is hereby ORDERED that Saunders's motion is DENIED. BY THE COURT, Michael J. Koury, President Judge.

Andres, Edward J.
03/20/2019          Interoffice
Commonwealth of Pennsylvania
03/20/2019          Interoffice

---

CPCMS 9082

Printed: 04/16/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

 **DOCKET**



## Docket Number: CP-48-CR-0000538-2019
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Antonio Saunders

Page 7 of 12

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| 1 | 03/21/2019 | | Koury, Michael J. Jr. |

Order Granting Motion to Withdraw Counsel

AND NOW, this 21st day of March 2019, upon the motion of Nuria DiLuzio, Chief Public Defender of Northampton County, find a fter recored made on March 19, 2019, it is hereby ORDERED that Edward Andres, Esq. Is GRANTED leave to withdraw his appearance as counsel to the defendant. The defendant is pro se.
BY THE COURT:
Michael J. Koury, Jr., President Judge

| Augustine, James Anthony III | | | |
| 03/21/2019 | Interoffice | | |
| Andres, Edward J. | | | |
| 03/25/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 03/25/2019 | First Class | | |

| 1 | 03/25/2019 | | Saunders, Antonio |

Pro Se Correspondence

Defendant sent a letter asking Courts to reconsider previously filed motions.

| Commonwealth of Pennsylvania | | | |
| 03/25/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 03/25/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 03/25/2019 | Interoffice | | |

| 2 | 03/25/2019 | | Saunders, Antonio |

Pro Se Correspondence

Defendant sent a letter requesting some forms for filing. Letter forwarded to defendant.

| Saunders, Antonio | | | |
| 03/25/2019 | Interoffice | | |

| 1 | 04/02/2019 | | Saunders, Antonio |

Motion to Dismiss Due to Lack of Jurisdiction

| Commonwealth of Pennsylvania | | | |
| 04/03/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 04/03/2019 | Interoffice | | |
| Saunders, Antonio | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

**DOCKET**



**Docket Number: CP-48-CR-0000538-2019**
**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania

Page 8 of 12

v.

Antonio Saunders

**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 04/03/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/12/2019 | Interoffice | | |

---

| 1 | 04/03/2019 | | Saunders, Antonio |
|---|---|---|---|

Notice of Writ of Habeas Corpus Petition

| Commonwealth of Pennsylvania | | | |
|---|---|---|---|
| 04/04/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 04/04/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 04/04/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/12/2019 | Interoffice | | |

---

| 2 | 04/03/2019 | | Saunders, Antonio |
|---|---|---|---|

Pro Se Correspondence

Defendant sent a letter requesting an updated docket sheet. Docket sheet was forwarded to the defendant.
Copies of letter also forwarded to Commonwealth and Judge Koury.

| Commonwealth of Pennsylvania | | | |
|---|---|---|---|
| 04/04/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 04/04/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 04/04/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/12/2019 | Interoffice | | |

---

| 1 | 04/05/2019 | | Saunders, Antonio |
|---|---|---|---|

Declaration

| Commonwealth of Pennsylvania | | | |
|---|---|---|---|
| 04/08/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 04/08/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 04/08/2019 | Interoffice | | |
| Deschler, Matthew James | | | |

---

Printed: 04/18/2019



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

**DOCKET**



## Docket Number: CP-48-CR-0000538-2019
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

Page 9 of 12

v.

Antonio Saunders

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 04/12/2019 | Interoffice | | |

| | | | |
|---|---|---|---|
| 1 | 04/08/2019 | | Saunders, Antonio |

Pro Se Correspondence

Defendant sent a letter requesting a motion from 3/21/2019. Letter forwarded to defendant explaining that this motion was not filed in this office.

Saunders, Antonio
04/08/2019           Interoffice

| | | | |
|---|---|---|---|
| 2 | 04/08/2019 | | Saunders, Antonio |

Motion: Rule 586 and Rule 600 Waiver
Commonwealth of Pennsylvania
04/08/2019           Interoffice
Koury, Michael J. Jr.
04/08/2019           Interoffice
Saunders, Antonio
04/08/2019           Interoffice
Deschler, Matthew James
04/12/2019           Interoffice

| | | | |
|---|---|---|---|
| 3 | 04/08/2019 | | Saunders, Antonio |

Motion for Bond Reduction
Commonwealth of Pennsylvania
04/08/2019           Interoffice
Koury, Michael J. Jr.
04/08/2019           Interoffice
Northampton County Pre-Trial Services
04/08/2019           Interoffice
Saunders, Antonio
04/08/2019           Interoffice
Deschler, Matthew James
04/12/2019           Interoffice

| | | | |
|---|---|---|---|
| 1 | 04/09/2019 | | Northampton County Clerk of Courts |

Criminal Court Scheduled 06/03/2019 9:00AM

Printed: 04/16/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0000538-2019**
**CRIMINAL DOCKET**
Court Case

Commonwealth of Pennsylvania
v.
Antonio Saunders

Page 10 of 12

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 04/09/2019 | | Northampton Co Court Reporter |

Transcript of Proceedings Filed

Notes of proceedings before the Honorable Michael J Koury, Jr., President Judge, on March 19, 2019

ADA: AUGUSTINE
DEF: ANDRES
STENO: FRONCEK

| 3 | 04/09/2019 | | Saunders, Antonio |
|---|---|---|---|

Motion to Dismiss Due to Lack of Jurisdiction

| Commonwealth of Pennsylvania | | | |
| 04/10/2019 | Interoffice | | |
| Koury, Michael J. Jr. | | | |
| 04/10/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 04/10/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/12/2019 | Interoffice | | |

| 1 | 04/12/2019 | | Koury, Michael J. Jr. |
|---|---|---|---|

Order Granting Motion for Appointment of Conflict Counsel

AND NOW, this 12th day of April, 2019, the Court hereby APPOINTS Matthew J. Deschler, Esq. as counsel for Defendant.

It is further ORDERED that the Clerk of Courts is directed to forward Defendant's pro se motions and correspondence (attached) to Attorney Matthew J. Deschler and note on the docket the date and manner of service. BY THE COURT, Michael J. Koury Jr, President Judge.

| Commonwealth of Pennsylvania | | | |
| 04/12/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/12/2019 | Interoffice | | |

| 2 | 04/12/2019 | | Commonwealth of Pennsylvania |
|---|---|---|---|

Commonwealth's Reciprocal Request for Pretrial Discovery

| 1 | 04/15/2019 | | Saunders, Antonio |
|---|---|---|---|

Affidavit of Truth

| Deschler, Matthew James | | | |
| 04/15/2019 | First Class | | |
| Saunders, Antonio | | | |
| 04/15/2019 | Interoffice | | |

Printed: 04/18/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY



## DOCKET



**Docket Number: CP-48-CR-0000538-2019**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania

Page 11 of 12

v.

Antonio Saunders

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

---

| 1 | 04/16/2019 | | Commonwealth of Pennsylvania |
|---|---|---|---|

Information Filed

---

| 2 | 04/16/2019 | | Saunders, Antonio |
|---|---|---|---|

Petition for Review of Private Complaint

Copy of petition forwarded to defendant and defendant's attorney with Rule 576 notice. Copy also forwarded to Commonwealth's attorney.

| Commonwealth of Pennsylvania | | | |
|---|---|---|---|
| 04/16/2019 | Interoffice | | |
| Deschler, Matthew James | | | |
| 04/16/2019 | First Class | | |
| Saunders, Antonio | | | |
| 04/16/2019 | Interoffice | | |

---

| 1 | 04/17/2019 | | Murray, Samuel P. |
|---|---|---|---|

Order Granting Motion for Modification of Bail - Saunders, Antonio

---

| 2 | 04/17/2019 | | Murray, Samuel P. |
|---|---|---|---|

Bail Reduction Hearing Held - 4/17/19

Court directs bail modified to $100,000/10%/NCPTS/3rd party surety/verified address before release
FA: 4/25/19 @ 9am

Judge: Murray
ADA: Kurnas
PD: Light
CR: Klug
PT: ISA

---

| 1 | 04/18/2019 | | Saunders, Antonio |
|---|---|---|---|

Pro Se Correspondence

Defendant sent a notice about wishing to continue pro se.

| Deschler, Matthew James | | | |
|---|---|---|---|
| 04/18/2019 | First Class | | |
| Koury, Michael J. Jr. | | | |
| 04/18/2019 | Interoffice | | |
| Saunders, Antonio | | | |
| 04/18/2019 | Interoffice | | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY

## DOCKET



**Docket Number: CP-48-CR-0000538-2019**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania

v.

Antonio Saunders

Page 12 of 12

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

2       04/18/2019                                                           Saunders, Antonio

Pro Se Correspondence

Defendant sent a letter requesting an updated docket sheet and the bail reduction sheet. Docket sheet and bail sheet were forwarded to the defendant.

Saunders, Antonio

04/18/2019        Interoffice

### CASE FINANCIAL INFORMATION

Last Payment Date:                                           Total of Last Payment:

| Saunders, Antonio<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Server Fee - Referred to County | $92.38 | $0.00 | $0.00 | $0.00 | $92.38 |
| Server Fee - Referred to County | $71.50 | $0.00 | $0.00 | $0.00 | $71.50 |
| Costs/Fees Totals: | $163.88 | $0.00 | $0.00 | $0.00 | $163.88 |
| Grand Totals: | $163.88 | $0.00 | $0.00 | $0.00 | $163.88 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



*Diversity Citizenship*

# COUNTY OF NORTHAMPTON

## OFFICE OF THE DISTRICT ATTORNEY

NORTHAMPTON COUNTY GOVERNMENT CENTER
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-7492
**Area Code 610-829-6630**
**FAX: 610-559-3035**

John M. Morganelli
District Attorney

## ACKNOWLEDGEMENT OF ARRAIGNMENT

COMMONWEALTH  VS.  Antonio Saunders

NO.  CP-48-CR-0000538-2019

Date:  April 25, 2019

I hereby acknowledge on this date, at my arraignment, that I have
received from the District Attorney the Information Filed against me and a
Notice of Pre-trial rights, and that I have been advised by the District
Attorney in writing of the following:

(1) The right to be represented by counsel.

(2) The nature of the charges contained in the Information.

(3) The right to file motions, including a Request for a Bill of
Particulars, a Motion for Pre-Trial Discovery and Inspection,
and an Omnibus Pre-Trial Motion, and the time limits within
which the motions must be filled

*without Prejudice UCC 1-308*

DEFENDANT:  *antonio J. Saunders - el*

DISTRICT ATTORNEY:

Your case is listed for Disposition by Guilty Plea or Trial at the Northampton County

Government Center on **Monday, June 03, 2019  at  9:00 AM**

## in Courtroom # 1.

This is the only notification you will receive.  Please keep it in a safe place.

Failure to appear will result in a bench warrant.

54

Antonio J. Saunders
Northampton County Jail
666 Walnut Street
Easton, Pa. 18048

neopost
04/26/2019
US POSTAGE $00
FIRST

To: U.S. District Court
U.S. Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Rm. 2609
Philadelphia, Pa. 19106

U.S.M.S.
X-RAY

Notice of Removal
Date Mailed out
4/25/2019

INMATE MAIL
This correspondence is from a
County Jail and the sender
is an inmate. The contents have not
been evaluated. Northampton County
Jail is not responsible for the
contents or debts incurred.

INMATE MAIL
This correspondence is from
County Jail and the sender
is an inmate. The contents have
been evaluated. Northampton C
Jail is not responsible for the
contents or debts incurred.