# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO SAUNDERS-EL,** | **CRIMINAL ACTION** |
| *Petitioner*, | |
| | No. 19-cr-244 |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA,** | |
| *Respondent.* | |

## ORDER

**AND NOW,** this 28th day of August, 2019, upon consideration of several motions for reconsideration filed by Petitioner Antonio Saunders-El (Doc. Nos. 6, 7, 8, 9, 10, 11, 12), it is hereby **ORDERED** that these motions are **DENIED** for the reasons set out in the Court's April 30, 2019, Order (Doc. No. 2).

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**